# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# AT LEXINGTON

**CIVIL ACTION NO. 18-4-DLB**

**FREDA BLACKBURN**                                                                 **PLAINTIFF**

vs.                                   **JUDGMENT**

**NANCY A. BERRYHILL, Acting**
**Commissioner of Social Security,**                                      **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Consistent with the Memorandum Opinion and Order entered today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED** as follows:

(1) The administrative decision is **AFFIRMED** and judgment is entered in favor of Defendant Commissioner;

(2) Plaintiff Freda Blackburn's Complaint (Doc. # 1) against Defendant Commissioner is **DISMISSED WITH PREJUDICE**; and

(3) This action is **STRICKEN** from the Court's active docket.

This is a final and appealable order and no just cause for delay exists.

This 9th day of October, 2018.



Signed By:
*David L. Bunning* DB
United States District Judge

L:\DATA\SocialSecurity\MOOs\Lexington\18-4 Blackburn Judgment.docx